No. 26,373.

THE STATE OF KANSAS, *Appellee,* v. BERT WARD, *Appellant.*

Appeal from Pawnee district court; ROSCOE H. WILSON, judge. Opinion filed October 10, 1925. Affirmed.

*H. S. Rogers* and *Richard H. Browne,* both of Larned, for the appellant.

*Charles B. Griffith,* attorney-general, *C. A. Burnett,* assistant attorney-general, *Blaine Roberts,* county attorney, *W. H. Vernon, Jr.,* and *J. S. Vernon,* both of Larned, for the appellee.

The opinion of the court was delivered by

HARVEY, J.: This case was argued with *State v. Reed;* ante p. 467, raised the same question, and will be affirmed upon the authority of that case.